# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FAISSAL L. AHMEAD,<br>　　　　　　　　Appellant,<br>vs.<br>CORPOLO AVENUE TRUST; TEAL<br>PETALS STREET TRUST; RESOURCES<br>GROUP, LLC; SOUTHERN<br>HIGHLANDS HOME OWNERS<br>ASSOCIATION, A DOMESTIC NON-<br>PROFIT COOP CORPORATION;<br>ALESSI & KOENIG, LLC, A DOMESTIC<br>LIMITED LIABILITY COMPANY; AND<br>IYAD HADDAD, AN INDIVIDUAL,<br>　　　　　　　　Respondents. | No. 71654<br><br>**FILED**<br><br>JAN 06 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>　DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This is an appeal from a "District Court's Civil Order entered on October 24, 2016, . . .to Statistically Close Case." Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Respondents have filed a motion to dismiss the appeal on the ground that the order appealed from is not appealable. No opposition has been filed. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order statistically closing a case. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 301 P.3d 850 (2013) (form orders

17-00488

statistically closing a case are not final and appealable). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Douglas Smith, District Judge
       David Lee Phillips & Associates
       Fennemore Craig, P.C./Las Vegas
       Alessi & Koenig, LLC
       Law Offices of Michael F. Bohn, Ltd.
       Eighth District Court Clerk

---

[1]We note further that appellant has failed to file the case appeal statement, a transcript request form, or a docketing statement. NRAP 3(f), NRAP 9, NRAP 14.